The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KENNETH BAGLEY,<br><br>              Plaintiff,<br><br>vs.<br><br>THE STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), and its employees C. JAN GREGG and PETER SIMONSON in their individual capacities,<br><br>              Defendants. | NO. C05-05477 JKA<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, C. JAN GREGG |

THIS MATTER has come on regularly, Plaintiff appearing by and through his attorney, Richard Wooster, and Defendants, State of Washington, Department of Social and Health Services, C. Jan Gregg, and Peter Simonson, appearing by and through their attorneys, Rob McKenna, Attorney General, and Paul F. James, Assistant Attorney General.  The Court has considered the records and files herein, including Defendants' Motion for Leave to Withdraw as Counsel for Defendant, C. Jan Gregg, the Declaration of Paul F. James in Support of Defendants' Motion for Leave to Withdraw as Counsel for Defendant, C. Jan Gregg.

The Court is fully advised in the premises,

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, C. JAN GREGG

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

1     NOW, THEREFORE, IT IS ORDERED that Defendants' Motion is hereby granted.

2     ENTERED this 25th day of April, 2006.

4

5                                    /s/ *J. Kelley Arnold*
                                     JUDGE J. KELLEY ARNOLD
                                     US Magistrate Judge

7 *Presented by:*
ROB McKENNA
Attorney General

10 _____
PAUL F. JAMES, WSBA No. 13525
Assistant Attorney General
Attorneys for Defendants

ORDER GRANTING MOTION FOR
LEAVE TO WITHDRAW AS COUNSEL
FOR DEFENDANT, C. JAN GREGG

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2006, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

RICH@MJWMLAW.com
JENNIFER@MJWMLAW.COM

Also caused to be served on April 7, 2006 by US Mail, postage prepaid:

Last known address:
C. Jan Gregg
10201 Lake Louise Dr SW
Lakewood, WA  98498


C. Jan Gregg
c/o Curman Sebree
Attorney at Law
1191 Second Avenue, Suite 1800
Seattle, WA  98101-2996


/s/Paul F. James
PAUL F. JAMES, WSBA #13525
Assistant Attorney General
Torts Division
P.O. Box 40126
Olympia, WA  98504-0116
(360) 459-6600

ORDER GRANTING MOTION FOR
LEAVE TO WITHDRAW AS COUNSEL
FOR DEFENDANT, C. JAN GREGG

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600