The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KENNETH BAGLEY,<br><br>     Plaintiff,<br><br>vs.<br><br>THE STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), and its employees C. JAN GREGG and PETER SIMONSON in their individual capacities,<br><br>     Defendants. | NO. C05-05477 JKA<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES AND PETER SIMONSON |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Kenneth Bagley, acting by and through his attorneys of record, Andrew P. Green, MANN, JOHNSON, WOOSTER & McLAUGHLIN and the Defendants State of Washington Social and Health Services and Peter Simonson acting by and through Rob McKenna, Attorney General, and Paul F. James, Assistant Attorney General, that the above-entitled action as to all Defendants may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the parties.

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES AND PETER SIMONSON

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA  98504-0126
(360) 459-6600

1
2          DATED this _____ day of August, 2006.
3                                            ROB MCKENNA
                                             Attorney General
4
5
                                             _____
6                                            PAUL F. JAMES, WSBA #13525
                                             Assistant Attorney General
7                                            Attorneys for Defendants
                                             DSHS and Simonson
8
9
10                                           MANN, JOHNSON, WOOSTER &
                                             McLAUGHLIN
11
12
13
                                             _____
14                                           ANDREW P. GREEN, WSBA #32742
                                             Attorneys for Plaintiff
15                                           Kenneth Bagley
16
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25
26
STIPULATION AND ORDER OF                2              ATTORNEY GENERAL OF WASHINGTON
DISMISSAL AS TO DEFENDANTS STATE OF                              Torts Division
WASHINGTON DEPARTMENT OF SOCIAL                            629 Woodland Square Loop SE
                                                                  PO Box 40126
AND HEALTH SERVICES AND PETER                               Olympia, WA  98504-0126
SIMONSON                                                         (360) 459-6600

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That defendants State of Washington Social and Health Services and Peter Simonson shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party.

DATED this 8th day of September, 2006.

                             */s/J. Kelley Arnold*
                             HONORABLE J. KELLEY ARNOLD

Presented by:

ROB MCKENNA
Attorney General

_____
PAUL F. JAMES, WSBA #13525
Assistant Attorney General
Attorneys for Defendant State of Washington

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES AND PETER SIMONSON

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
629 Woodland Square Loop SE
PO Box 40126
Olympia, WA 98504-0126
(360) 459-6600